**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TIMOTHY WAYNE JONES JR** | **CASE NO. 2:26-CV-00081** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ANN MARIE SCHULER ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Remand [doc. 10] be **DENIED.**

**THUS DONE AND SIGNED** in Chambers on the 14th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**